```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.S.2,

                            Petitioner,

-against-

FEDERAL BUREAU OF PRISONS and
WARDEN OF FCI,

                            Respondents.

23 Civ. 5965 (AT)

**ORDER TO ANSWER,
28 U.S.C. § 2241**

ANALISA TORRES, District Judge:

      The Court, having examined the petition in this action, which Petitioner *pro se* filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

      The Clerk of Court shall electronically notify the Civil Division of the United States Attorney's Office for the Southern District of New York that this order has been issued.

      The United States Attorney's Office is directed to file a notice of appearance in this action as soon as possible.

      Within 60 days of the date of this order, the United States Attorney's Office shall file an answer or other pleading in response to the petition. Petitioner may file reply papers, if any, within 30 days from the date Petitioner is served with Respondent's answer or other pleading.

      **The Clerk of Court is directed not to reveal Petitioner's identification number or mailing address in any mailings or on the public electronic docket of this action.**

      **The Clerk of Court is further directed to restrict access to any mailings received by the Pro Se Intake Unit or any other submissions filed by Petitioner or the United States Attorney's Office to <u>case participants only</u> until further order of the Court.**

      SO ORDERED.

Dated: August 15, 2023
       New York, New York

                                                               ANALISA TORRES
                                                            United States District Judge