UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.S.2,

                 Petitioner,

-against-

FEDERAL BUREAU OF PRISONS and
WARDEN OF FCI,

                 Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/25/2024

23 Civ. 5965 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is directed to unseal the docket in this action.

    The Clerk of Court is directed to maintain the sealing of ECF Nos. 1–4, 8, 9, 13.

    The Clerk of Court is directed to unseal ECF Nos. 16 and 19.

    SO ORDERED.

Dated: January 25, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge