UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/29/2024_
```

PERSON DOE,

                Petitioner,

-against-

FEDERAL BUREAU OF PRISONS and
WARDEN OF FCI,

                Respondents.

23 Civ. 5965 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 18, 2023, the Court granted Petitioner's motion to use a pseudonym. ECF No. 11. In light of the concerns for Petitioner's safety, the Clerk of Court is directed to update Petitioner's name in the caption to reflect that Petitioner shall use the pseudonym "Person Doe."

    The Clerk of Court is directed to seal ECF Nos. 6, 7, 10, 11, 14, and 29.

    SO ORDERED.

Dated: January 29, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge