UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PERSON DOE,,

                Petitioner,                23 **CIVIL** 5965 (AT)

    -against-                           **JUDGMENT**

FEDERAL BUREAU OF PRISONS and
WARDEN OF FCI,

                Respondents.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 5, 2024, the Court OVERRULES the Government's objections, ADOPTS the R&R in its entirety, and GRANTS petition for a writ of habeas corpus.

**Dated:** New York, New York

      February 6, 2024

                                    **RUBY J. KRAJICK**
                                    **Clerk of Court**

                    **BY:**
                                  _____
                                    **Deputy Clerk**